Anna Maria Martin (Bar No. 7079)
amartin@mmhllp.com
MESERVE MUMPER & HUGHES LLP
316 California Ave. #216
Reno, Nevada 89509

800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
ROCKY MOUNTAIN HOSPITAL AND
MEDICAL SERVICE, INC. DBA ANTHEM
BLUE CROSS AND BLUE SHIELD erroneously
sued herein as BLUE CROSS OF COLORADO, a
business organization, form unknown

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS REGIONAL SURGERY CENTER. L.P., A Nevada Limited Partnership,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BLUE CROSS OF COLORADO, a business organization, form unknown, and DOES 1 - 10,<br><br>　　　　Defendant. | Case No. 2:18-cv-00093-RFB-NJK<br><br>**STIPULATION TO EXTEND TIME FOR ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC. DBA ANTHEM BLUE CROSS AND BLUE SHIELD ERRONEOUSLY SUED HEREIN AS BLUE CROSS OF COLORADO, A BUSINESS ORGANIZATION, FORM UNKNOWN TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT [First Request]** |

　　　　WHEREAS, Defendant ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE, INC. DBA ANTHEM BLUE CROSS AND BLUE SHIELD erroneously sued herein as BLUE CROSS OF COLORADO, a business organization, form unknown ("ROCKY MOUNTAIN") was served with the Complaint in this action by Plaintiff LAS VEGAS REGIONAL SURGERY CENTER. L.P., A Nevada Limited

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

161562.1

1

Case No. 2:18-cv-00093-RFB-NJK
STIPULATION TO EXTEND TIME TO
ANSWER OR OTHERWISE RESPOND TO
THE COMPLAINT [First Request]

1  Partnership ("Plaintiff") on December 20, 2017, which was filed in the State of
2  Nevada District Court;

3  WHEREAS, on January 17, 2018, ROCKY MOUNTAIN removed the action
4  to the United States District Court for the District of Nevada;

5  WHEREAS, the deadline for ROCKY MOUNTAIN to respond to the
6  Complaint is presently January 24, 2018;

7  WHEREAS, ROCKY MOUNTAIN's counsel requires time to review and
8  assess the file in order to prepare an adequate response to the Complaint;

9  WHEREAS, for good cause and pursuant to Local Rule IA 6-1, the parties
10 wish to extend the time within which a responsive pleading to the Complaint must be
11 filed and served by ROCKY MOUNTAIN by thirty (30) days, to February 23, 2018;

12 WHEREAS, this is the first stipulation for extension of time to file a
13 responsive pleading to the Complaint;

14 IT IS HEREBY STIPULATED by and between Plaintiff and ROCKY
15 MOUNTAIN, by and through their respective attorneys of record, that the time
16 within which a responsive pleading to Plaintiff's Complaint must be filed and served
17 by ROCKY MOUNTAIN is extended to February 23, 2018.

18 **IT IS SO STIPULATED.**

20 Dated¨ January 22, 2018          David J. Merrill
                                    DAVID J. MERRILL, P.C


                                    By:  */s/ David J. Merrill*
                                         David J. Merrill
                                         Attorneys for Plaintiff
                                         LAS VEGAS REGIONAL
                                         SURGERY CENTER. L.P., A
                                         Nevada Limited Partnership

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

161562.1

2

Case No. 2:18-cv-00093-RFB-NJK
STIPULATION TO EXTEND TIME TO
ANSWER OR OTHERWISE RESPOND TO
THE COMPLAINT [First Request]

| | |
|---|---|
| Dated: January 22, 2018 | Anna Maria Martin<br>MESERVE, MUMPER & HUGHES LLP |
| | By:    */s/ Anna Maria Martin*<br>Anna Maria Martin<br>Attorneys for Defendant<br>ROCKY MOUNTAIN HOSPITAL<br>AND MEDICAL SERVICE, INC.<br>DBA ANTHEM BLUE CROSS<br>AND BLUE SHIELD |

### ECF Certification

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

**IT IS SO ORDERED**:

Dated: January 23, 2018

_____
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

161562.1

3

Case No. 2:18-cv-00093-RFB-NJK
STIPULATION TO EXTEND TIME TO
ANSWER OR OTHERWISE RESPOND TO
THE COMPLAINT [First Request]