David J. Merrill
Nevada Bar No. 6060
David J. Merrill, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 566-1935
E-mail: david@djmerrillpc.com
Attorney for Defendant CashCall, Inc.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS REGIONAL SURGERY CENTER, L.P., a Nevada limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE CROSS OF COLORADO, a business organization, form unknown, and DOES 1–10,<br><br>Defendants. | 2:18-CV-00093-RFB-(NJK)<br><br>*Stipulation and Order to Extend Time to File Response to Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to F.R.C.P. Rule 12(b)(6)*<br>*(First Request)* |

In accordance with LR IA 6-1, LR 7-1(a), and 7-2, the parties stipulate as follows:

1. On February 22, 2018, Rocky Mountain Hospital and Medical Service, Inc. doing business as Anthem Blue Cross and Blue Shield, erroneously named as Blue Cross of Colorado, filed Defendant's Notice of Motion and Motion to Dismiss Plaintiff's Complaint Pursuant to F.R.C.P. Rule 12(b)(6) (ECF No. 12). In accordance with LR 7-2(b), the plaintiff, Las Vegas Regional Surgery Center, L.P., has up to and including March 8, 2018, to file a response to the motion.

2. Counsel for Las Vegas Regional Surgery Center serves on the board of directors of a local non-profit organization. The non-profit's large annual event occurred on March 2 through March 4. Counsel was in charge of running the event, which involved a substantial amount of time before, during, and after the event.

1

3. Hence, Las Vegas Regional Surgery Center's counsel asked for and Blue Cross's counsel agreed to grant the Las Vegas Regional Surgery Center an extension of time until March 19, 2018, to file its response to the motion to dismiss.

4. Accordingly, the parties stipulate that Las Vegas Regional Surgery Center shall have up to and including March 19, 2018, to file a response to the motion. In accordance with LR 7-2, Blue Cross may file a reply in support of the motion on or before March 26, 2018.

5. This is the first request for an extension of time to file an opposition to the motion to dismiss.

DATED this 7th day of March 2018.

DAVID J. MERRILL, P.C.                                MESERVE MUMPER & HUGHES LLP

By: */s/ David J. Merrill*                            By: */s/ Anna Maria Martin*
    DAVID J. MERRILL                                   ANNA MARIA MARTIN
    Nevada Bar No. 6060                                Nevada Bar No. 7079
    10161 Park Run Drive, Suite 150                    316 California Avenue, #216
    Las Vegas, Nevada 89145                            Reno, Nevada 89509
    (702) 566-1935                                     (702) 825-6060
    Attorney for Plaintiff                             Attorneys for Defendant

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 12th day of March, 2018.