Anna Maria Martin (Bar No. 7079)
amartin@mmhllp.com
MESERVE MUMPER & HUGHES LLP
316 California Ave. #216
Reno, Nevada 89509

800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
ROCKY MOUNTAIN HOSPITAL AND
MEDICAL SERVICE, INC. DBA ANTHEM
BLUE CROSS AND BLUE SHIELD erroneously
sued herein as BLUE CROSS OF COLORADO,
a business organization, form unknown

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS REGIONAL SURGERY CENTER. L.P., A Nevada Limited Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE CROSS OF COLORADO, a business organization, form unknown, and DOES 1 - 10,<br><br>Defendant. | Case No. 2:18-cv-00093-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br>**(First Request)** |

In accordance with L.R. IA 601, the parties stipulate as follows:

1. On September 10, 2018, Plaintiff Las Vegas Regional Surgery Center ("Plaintiff" or "LVRSC") filed a First Amended Complaint (Doc. # 29).

2. Defendant Rocky Mountain Hospital and Medical Service, Inc. dba Anthem Blue Cross and Blue Shield, erroneously sued herein as Blue Cross of Colorado's ("Defendant" or "Anthem") responsive pleading is currently due on September 24, 2018.

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

166246.1

1

Case No. 2:18-cv-00093-RFB-NJK
STIPULATION AND ORDER TO EXTEND
TIME TO RESPOND TO FAC

3. On September 13, 2018, Anna M. Martin, attorney for Anthem learned that her ex-husband had passed away. Ms. Martin has two daughters from the marriage. She is now faced with and responsible for handling all of the funeral arrangements and helping her grieving daughters.

4. Counsel for Anthem has sought, and Plaintiff's counsel has agreed to grant Anthem a two week extension of time, until October 9, 2018, to file its response to the First Amended Complaint.

5. Accordingly, the parties stipulate that Anthem shall have up to and including October 9, 2018, to file its responsive pleading to the First Amended Complaint.

6. This if the first request by Anthem for an extension of time to file a responsive pleading to the First Amended Complaint.

Dated: September 20, 2018      Anna Maria Martin
                                MESERVE, MUMPER & HUGHES LLP


                                By:   */s/ Anna Maria Martin*
                                   Anna Maria Martin
                                   Attorneys for Defendant
                                   ROCKY MOUNTAIN HOSPITAL
                                   AND MEDICAL SERVICE, INC.
                                   DBA ANTHEM BLUE CROSS
                                   AND BLUE SHIELD


Dated: September 20, 2018      David J. Merrill
                                DAVID J. MERRILL, P.C.


                                By:   */s/ David J. Merrill*
                                   David J. Merrill
                                   Attorneys for Plaintiff
                                   LAS VEGAS REGIONAL SURGERY CENTER

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

166246.1

2

Case No. 2:18-cv-00093-RFB-NJK
STIPULATION AND ORDER TO EXTEND
TIME TO RESPOND TO FAC

## **ORDER**

Good cause appearing therefore, the Parties stipulation is hereby granted. Defendant Rocky Mountain Hospital and Medical Service, Inc. dba Anthem Blue Cross and Blue Shield, erroneously sued herein as Blue Cross of Colorado has a two-week extension on the deadline for filing a responsive pleading to Plaintiff's First Amended Complaint. Defendant's response is now due on or before October 9, 2018.

IT IS SO ORDERED.

DATED: September 23, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

166246.1

3

Case No. 2:18-cv-00093-RFB-NJK
STIPULATION AND ORDER TO EXTEND
TIME TO RESPOND TO FAC