David J. Merrill
Nevada Bar No. 6060
David J. Merrill, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 566-1935
E-mail: david@djmerrillpc.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS REGIONAL SURGERY CENTER, L.P., a Nevada limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>BLUE CROSS OF COLORADO, a business organization, form unknown, and DOES 1–10,<br><br>Defendants. | 2:18-CV-00093-RFB-(NJK)<br><br>*Stipulation and Order to Extend Time to File Response to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to F.R.C.P. Rule 12(b)(6) and the Reply in Support*<br><br>(Second Request) |

In accordance with LR IA 6-1, LR 7-1(a), and 7-2, the parties stipulate as follows:

1. On October 9, 2018, Rocky Mountain Hospital and Medical Service, Inc. doing business as Anthem Blue Cross and Blue Shield, erroneously named as Blue Cross of Colorado, filed Defendant's Notice of Motion and Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to F.R.C.P. Rule 12(b)(6) and 12(e) (ECF No. 32). In accordance with LR 7-2(b), the plaintiff, Las Vegas Regional Surgery Center, L.P., had up to and including October 23, 2018, to file a response to the motion. On October 23, 2018, this Court entered a Stipulation and Order to Extend Time to File Response to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to F.R.C.P. Rule 12(b)(6) and the Reply in Support (ECF No. 34). Under the stipulation, this Court extended the time for Las Vegas

1

Regional Surgery Center to file a response to the motion to dismiss until November 6, 2018. And this Court extended the time for Blue Cross to file a reply until November 15.

2. Because counsel for Las Vegas Regional Surgery Center had a family emergency, he asked for an additional extension of time until November 12, 2018, to file a response to the motion. Blue Cross agreed to the extension.

3. But because Blue Cross's counsel will be out of the office she asked for an extension of time until December 3, 2018, to file the reply. Las Vegas Regional Surgery Center agreed to the extension.

4. The parties have agreed to these extensions for good cause and not solely for the purpose of delay.

5. This is the second request for an extension of time to file an opposition to the motion to dismiss.

6. Hence the parties stipulate that Las Vegas Regional Surgery Center shall have up to and including November 12, 2018, to file a response to the motion. And Blue Cross may file a reply in support of the motion on or before December 3, 2018.

DATED this 5th day of November 2018.

DAVID J. MERRILL, P.C.

By: */s/ David J. Merrill*
DAVID J. MERRILL
Nevada Bar No. 6060
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(702) 566-1935
Attorney for Plaintiff

MESERVE MUMPER & HUGHES LLP

By: */s/ Anna Maria Martin*
ANNA MARIA MARTIN
Nevada Bar No. 7079
316 California Avenue, #216
Reno, Nevada 89509
(702) 825-6060
Attorneys for Defendant

IT IS SO ORDERED:

_____
HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: November 7, 2018.