Anna Maria Martin (Bar No. 7079)
amartin@mmhllp.com
MESERVE MUMPER & HUGHES LLP
316 California Ave. #216
Reno, Nevada 89509

800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
ROCKY MOUNTAIN HOSPITAL AND
MEDICAL SERVICE, INC. DBA ANTHEM
BLUE CROSS AND BLUE SHIELD erroneously
sued herein as BLUE CROSS OF COLORADO,
a business organization, form unknown

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS REGIONAL SURGERY CENTER. L.P., A Nevada Limited Partnership,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BLUE CROSS OF COLORADO, a business organization, form unknown, and DOES 1 - 10,<br><br>　　　　Defendant. | Case No. 2:18-cv-00093-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO F.R.C.P. 12(b)(6)**<br><br>**(Defendant's First Request)** |

In accordance with LR IA 6-1, LR 7-1(a), and 7-2, the parties stipulate as follows:

1.　On October 9, 2018, Rocky Mountain Hospital and Medical Service, Inc. doing business as Anthem Blue Cross and Blue Shield, erroneously named as Blue Cross of Colorado, ("Anthem" or "Defendant") filed Defendant's Notice of Motion and Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to F.R.C.P. Rule 12(b)(6) and 12(e) (ECF No. 32). In accordance with LR 7-2(b),

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

167548.1

1

Case No. 2:18-cv-00093-RFB-NJK
STIPULATION AND ORDER TO EXTEND
TIME TO RESPOND TO FAC

1 Plaintiff, Las Vegas Regional Surgery Center, L.P. ("LVRSC" or "Plaintiff"), had up to and including October 23, 2018, to file a response to the motion.

2. The parties have since entered into several stipulations (and corresponding court orders) extending the time for Plaintiff to file an opposition to the Motion (and extending Defendant's reply deadline). On November 15, 2018, the Court granted the parties last stipulation and extended the deadlines as follows: Plaintiff's opposition to the motion was due November 15, 2018, and Defendant's reply to the motion is due December 6, 2018. (ECF No. 32).

3. Because counsel and family for Anthem have been ill, they requested and Plaintiff LVRSC has agreed to, an additional extension of time until December 14, 2018, to file a reply in support of the motion.

4. The parties have agreed to these extensions for good cause and not solely for the purpose of delay.

5. This if the first request by Anthem for an extension of time to file a reply in support of the Motion to Dismiss.

6. As such, the parties stipulate that Anthem shall have up to and including December 14, 2018, to file a reply brief in support of the Motion to Dismiss the First Amended Complaint.

Dated: December 3, 2018

Anna Maria Martin
MESERVE, MUMPER & HUGHES LLP

By: */s/ Anna Maria Martin*
Anna Maria Martin
Attorneys for Defendant
ROCKY MOUNTAIN HOSPITAL
AND MEDICAL SERVICE, INC.
DBA ANTHEM BLUE CROSS
AND BLUE SHIELD

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

167548.1

Dated: December 3, 2018

David J. Merrill
DAVID J. MERRILL, P.C.

By: _/s/ David J. Merrill_
David J. Merrill
Attorneys for Plaintiff
LAS VEGAS REGIONAL SURGERY CENTER

# **ORDER**

Good cause appearing therefore, the Parties stipulation is hereby granted. Defendant Rocky Mountain Hospital and Medical Service, Inc. dba Anthem Blue Cross and Blue Shield, erroneously sued herein as Blue Cross of Colorado has a one-week extension on the deadline for filing a reply brief in support of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint. Defendant's reply is now due on or before December 14, 2018.

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
DATED: _____ UNITED STATES DISTRICT JUDGE

DATED this 4th day of December, 2018.

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

167548.1

4

Case No. 2:18-cv-00093-RFB-NJK
STIPULATION AND ORDER TO EXTEND
TIME TO RESPOND TO FAC